# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LAN TU TRINH,

     Petitioner

     v.

KATHLEEN LIEN TRINH AND LT
INTERNATIONAL BEAUTY SCHOOL, INC.,

     Respondents

:   No. 75 EM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of December, 2020, the "Petitioner's Motion to File *Pro Se*" is DISMISSED.  This Court's Prothonotary was mistaken when it instructed Petitioner to submit such a filing.  The Prothonotary is DIRECTED to process the previously submitted *pro se* filing in the normal course, including issuing any defect-correction notice.